Serial: 196665

IN THE SUPREME COURT OF MISSISSIPPI

No. 2015-AD-00001

***RE: ADMINISTRATIVE ORDERS OF THE SUPREME COURT OF MISSISSIPPI***

## ORDER

Before this Court, en banc, are the matters of the Mississippi Youth Court Information Delivery System (MYCIDS) and the Federal Government for Court Improvement Program (CIP) grants. The Administrative Office of the Courts utilizes the CIP funds for judicial training, upgrading and improving the Court's data collection systems in juvenile cases, analysis of the data collected, and other specifically defined areas allowed by these grants. In order to further these objectives, the Youth Courts and Mississippi Department of Human Services, Division of Family and Children's Services (MDHS/DFCS), shall implement the procedures outlined below.

IT IS THEREFORE ORDERED THAT:

1. Youth Courts shall implement MYCIDS in order to develop a data base that accurately represents the timeliness of court hearings and court orders statewide. The MYCIDS implementation shall, at a minimum require: (1) Youth Courts to prepare all court orders, petitions, summons, and notices in MYCIDS; (2) Youth Courts to save all documents filed in a Youth Court case in MYCIDS; and (3) Youth Courts to timely input, into MYCIDS, all intake, custody, referral, petition, and hearing data related to a youth, his or her family, and the Youth Court's involvement with the same. The Administrative Office of

EXHIBIT
tabbies
2

Courts shall periodically report to the Supreme Court of Mississippi each Youth Court's compliance with this mandate to implement MYCIDS, as well as each Youth Court's compliance with the procedural time frames required by the Mississippi Youth Court Act and the Uniform Rules of Youth Court Practice.

2. Funds provided to the Youth Courts from the Administrative Office of Courts' Youth Court Support Funds, pursuant to Mississippi Code Section 43-21-801 (Rev. 2009), shall be used to hire intake officer(s) to input case data into MYCIDS. Smaller counties, or counties with a lower number of children in care, may pool resources and hire one person to serve multiple counties to input data to MYCIDS. If the court already has an intake officer responsible for entering all cases of the Division of Youth Services, truancy matters, and the Division of Family and Children's Services into MYCIDS, the judge or referee may certify to the Administrative Office of Courts that such a person is already on staff. Thereafter, the youth court judge or referee shall have the sole individual discretion to appropriate those funds for hiring secretarial staff, or acquiring materials and equipment incidental to carrying out the business of the court.

3. MDHS/DFCS shall make mandatory that staff timely provide Youth Courts with the data collected on the Court Case Information Sheet available in MYCIDS. The Court Case Information Sheet shall be completed in MYCIDS and electronically sent to the appropriate Youth Court, through MYCIDS, within twenty-four (24) hours of the child being removed from the home or, in non-custody cases, within twenty-four (24) hours of the child being assigned to the local MDHS/DFCS social worker for investigation. While all the information may not be available to MDHS/DFCS within twenty-four (24) hours, as much as is known

must be completed on the Court Case Information Sheet, including reasonable efforts made to prevent removal or that reasonable efforts are not required and the reason such efforts are not required. MDHS/DFCS staff shall not prepare court orders.

SO ORDERED, this the 26 day of May, 2015.

/s/ Randy Grant Pierce

RANDY GRANT PIERCE,
JUSTICE

ALL JUSTICES AGREE.