**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| OFFICE OF STATE PUBLIC DEFENDER; ANDRÉ DE GRUY; and JENNIFER MORGAN, BRENDA LOCKE, and A. ARMAN MIRI, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>KATHARINE SURKIN, DIRECTOR OF THE ADMINISTRATIVE OFFICE OF THE COURTS, in her official capacity,<br><br>          Defendant. | Case No.: 3:26-cv-00458-HTW-LGI |

**AGREED ORDER OF CONTINUANCE**

Before the Court is Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [ECF 003]. The Court heard oral argument on June 26 and 29, 2026, after which the Parties agreed that a continuance of this proceeding until July 15, 2026, is appropriate. The parties may agree to further extend this Agreed Order if necessary.

Until such time as this Court re-calls this Motion for further adjudication, the Parties agree that, notwithstanding the repeal of Miss. Code Ann. § 43-21-261, effective July 1, 2026, Defendant Katharine Surkin ("Surkin"), in her official capacity as Executive Director of the Administrative Office of Courts ("AOC"), will:

1. Operate the Mississippi Youth Court Information Delivery System (MYCIDS), based on the mandate of Miss. Code Ann. 9-21-9(1)(d), (p) and the policies and procedures promulgated by the AOC pursuant thereto, consistent with AOC's current practices, which

include continuing to maintain attorneys' existing login credentials and continuing to grant login credentials pursuant to judicial authorization; and

2. Provide notice of this Agreed Order of Continuance on the AOC website to Youth Court judicial officers and attorneys practicing in Youth Court in Mississippi.

Nothing in this continuance shall be construed to require Defendant Surkin or AOC to carry out any function under Miss. Code Ann. 43-21-261 after July 1, 2026. Defendant Surkin does not, by virtue of entering this agreed order of continuance, waive any defenses or rights to which she may be entitled and hereby expressly reserves same.

The Parties also agree to the Court's continued authority to enforce the foregoing provisions.

SO ORDERED this the 29th day of June, 2026.

/s/HENRY T. WINGATE
District Judge Henry T. Wingate

Prepared and agreed to by:
/s/ *Anna Little Morris*
Anna Little Morris (Miss. Bar No. 105299)
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street
P.O. Box 220 (39205-0220)
Ste. 1100
Jackson, MS 39201
601-359-3817
Email: anna.morris@ago.ms.gov
*Counsel for Defendant Katharine Surkin, in her official capacity as Director of Administrative Office of Courts*

/s/ *Graham P. Carner*
GRAHAM P. CARNER (MS Bar 101523)
SPENCER CASH (MS Bar 106792)
Carner & Rosemon, PLLC
401 East Capitol Street, Suite 218
Jackson, MS 39201
601-427-8999 (ph)
769-233-8941 (fax)
graham@carnerrosemon.com
spencer@carnerrosemon.com

/s/ *Elizabeth Anne Rossi*
Elizabeth Anne Rossi (D.C. Bar No. 1500502)
*Admitted pro hac vice*
CIVIL RIGHTS CORPS
1601 Connecticut Avenue NW
Eighth Floor
Washington, DC 20009
410-935-3758
Email: elizabeth@civilrightscorps.org

/s/ *Jaqueline Aranda Osorno*
JAQUELINE ARANDA OSORNO (admitted *pro hac vice*)
ANA BUILES (admitted *pro hac vice*)
Public Justice
1620 L Street NW, Suite 630
Washington, DC
202-221-8495 (ph)
202-232-7203 (fax)
jaosorno@publicjustice.net
abuiles@publicjustice.net
*Counsel for Plaintiffs Office of State Public Defender; André De Gruy; and Jennifer Morgan, Brenda Locke, and A. Arman Miri, individually and on behalf of all others similarly situated*