**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**OFFICE OF STATE PUBLIC DEFENDER;**
**ANDRE DE GRUY; and JENNIFER MORGAN,**
**BRENDA LOCKE, and A. ARMAN MIRI,**
**Individually and on behalf of all others**
**similarly situated**                                                    **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO. 3:26-cv-458-HTW-LGI**

**KATHARINE SURKIN, DIRECTOR OF**
**THE ADMINISTRATIVE OFFICE OF**
**COURTS, in her official capacity**                                  **DEFENDANT**

**AGREED ORDER AS TO BRIEFING DEADLINES**

THIS MATTER is before the Court on the parties' proposed agreement regarding the schedule of certain upcoming briefing deadlines. Having been advised that the parties have conferred and agree to the schedule set forth below, the Court finds that this Agreed Order as to Briefing Deadlines should be entered.

It is, therefore, ordered and adjudged that the following deadlines shall govern the identified filings:

- Defendant's responsive pleading[1] to Plaintiffs' Complaint (Doc. 1): July 23, 2026;

- Defendant's response in opposition to Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Class Certification (Doc. 3): July 23, 2026;

- Plaintiffs' response in opposition to Defendant's responsive pleading to Plaintiffs' Complaint (Doc. 1): August 13, 2026;

---

[1] Defendant currently anticipates filing a motion to dismiss in response to Plaintiffs' Complaint. Therefore, this order contemplates response and reply deadlines as to same. Defendant reserves the right to respond to Plaintiffs' Complaint in any manner allowed under applicable rules of civil procedure.

1

- o Plaintiffs' reply in support of Motion for Temporary Restraining Order, Preliminary Injunction, and Class Certification (Doc. 3): August 13, 2026; and

- o Defendant's reply in support of responsive pleading to Plaintiff's Complaint: August 27, 2026.

So ordered, this the 6th day of July, 2026.

/s/HENRY T. WINGATE
District Judge Henry T. Wingate

Prepared and agreed to by:
KATHARINE SURKIN, DEFENDANT

By:
LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

s/ Anna Little Morris
ANNA LITTLE MORRIS (MSB #105299)
Assistant Attorney General
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
(601) 359-3817
anna.morris@ago.ms.gov
*Counsel for Defendant*


OFFICE OF STATE PUBLIC DEFENDER, ANDRE DE GRUY, JENNIFER MORGAN, BRENDA LOCKE, AND A. ARMAN MIRI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS

By:
*/s/ Graham P. Carner*
GRAHAM P. CARNER (MS Bar 101523)
SPENCER CASH (MS Bar 106792)
Carner & Rosemon, PLLC
401 East Capitol Street, Suite 218
Jackson, MS 39201
601-427-8999 (ph)
769-233-8941 (fax)
graham@carnerrosemon.com
spencer@carnerrosemon.com

*/s/ Elizabeth Anne Rossi*
Elizabeth Anne Rossi (D.C. Bar No. 1500502)
*Admitted pro hac vice*
CIVIL RIGHTS CORPS
1601 Connecticut Avenue NW
Eighth Floor
Washington, DC 20009
410-935-3758
Email: elizabeth@civilrightscorps.org

*/s/ Jaqueline Aranda Osorno*
JAQUELINE ARANDA OSORNO (admitted *pro hac vice*)
ANA BUILES (admitted *pro hac vice*)
Public Justice
1620 L Street NW, Suite 630
Washington, DC
202-221-8495 (ph)
202-232-7203 (fax)
jaosorno@publicjustice.net
abuiles@publicjustice.net
*Counsel for Plaintiffs*