**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

OFFICE OF STATE PUBLIC DEFENDER;
ANDRÉ DE GRUY; and
JENNIFER MORGAN, BRENDA LOCKE,
and A. ARMAN MIRI, individually and on
behalf of all others similarly situated,

              Plaintiffs,

v.

KATHARINE SURKIN, DIRECTOR OF
THE ADMINISTRATIVE OFFICE OF THE
COURTS, in her official capacity,

              Defendant.

Case No.: 3:26-cv-00458-HTW-LGI

**AGREED ORDER**

Before the Court is Plaintiffs' Joint Motion to Extend Agreed Continuance and Briefing

Deadlines (Doc. 23). Having reviewed the Joint Motion, the Court finds that it is well-taken and

should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Court hereby:

a.  Extends the Agreed Order of Continuance (Doc. 20) through and including July
    27, 2026, on or after which the Parties may agree to further extend the Agreed
    Order of Continuance; and

b.  Modifies the briefing deadlines as follows:
    - Defendant's responsive pleading to Plaintiffs' Complaint (Doc. 1) shall be due
      August 10, 2026;
    - Defendant's response in opposition to Plaintiffs' Motion for Temporary
      Restraining Order, Preliminary Injunction, and Class Certification (Doc. 3)
      shall be due August 10, 2026;
    - Plaintiffs' response in opposition to Defendant's responsive pleading to
      Plaintiffs' Complaint (Doc. 1) shall be due August 31, 2026;
    - Plaintiffs' reply in support of Motion for Temporary Restraining Order,
      Preliminary Injunction, and Class Certification (Doc. 3) shall be due August
      31, 2026; and

1

- Defendant's reply in support of responsive pleading to Plaintiff's Complaint shall be due September 14, 2026.

The Court further acknowledges that the Parties have requested a status call on or after September 14, 2026, to confer with the Court for purposes of setting a mutually agreeable date for any hearing on Plaintiffs' request for preliminary injunction, if necessary. The Parties shall jointly contact this Court's chambers to request available dates for a status call on or after September 14, 2026.

IT IS SO ORDERED.


Date: <u>July 24, 2026</u>

                                        /s/HENRY T. WINGATE
                                        District Judge Henry T. Wingate

Prepared and agreed to by:
*/s/ Anna Little Morris*
Anna Little Morris (Miss. Bar No. 105299)
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street
P.O. Box 220 (39205-0220)
Ste. 1100
Jackson, MS 39201
601-359-3817
Email: anna.morris@ago.ms.gov
*Counsel for Defendant Katharine Surkin, in her official capacity as Director of Administrative Office of Courts*

*/s/ Graham P. Carner*
GRAHAM P. CARNER (MS Bar 101523)
SPENCER CASH (MS Bar 106792)
Carner & Rosemon, PLLC
401 East Capitol Street, Suite 218
Jackson, MS 39201
601-427-8999 (ph)
769-233-8941 (fax)
graham@carnerrosemon.com
spencer@carnerrosemon.com

*/s/ Elizabeth Anne Rossi*
Elizabeth Anne Rossi (D.C. Bar No. 1500502)
*Admitted pro hac vice*
CIVIL RIGHTS CORPS
1601 Connecticut Avenue NW
Eighth Floor
Washington, DC 20009
410-935-3758
Email: elizabeth@civilrightscorps.org

*/s/ Jaqueline Aranda Osorno*
JAQUELINE ARANDA OSORNO (admitted *pro hac vice*)
ANA BUILES (admitted *pro hac vice*)
Public Justice
1620 L Street NW, Suite 630
Washington, DC
202-221-8495 (ph)
202-232-7203 (fax)
jaosorno@publicjustice.net
abuiles@publicjustice.net
*Counsel for Plaintiffs Office of State Public Defender; André De Gruy; and Jennifer Morgan, Brenda Locke, and A. Arman Miri, individually and on behalf of all others similarly situated*