# Guide to Navigate a Parent MYCIDS Account

## Information Packet

This MYCIDS guide is for the Court Administrators or Clerks who assist parents/parties with electronic access to their files in MYCIDS. This is a step-by-step guide to access the Information Packet Mode to access the Case Docket in a MYCIDS case.

This electronic access is in addition to the usual practice of permitting parents/parties to view the file in the clerk's office. You may ask the parent attorney, if one has been appointed, to permit his or her client to view the docket/documents filed.

**You will have to remain with the parents/parties while they view the case docket/documents.**

Open the MYCIDS icon and type in the User ID and Password that was provided to you by the MYCIDS Technician.




When you click LOGIN, your screen will look like this



To search for the case you need, type in the UCID (Universal Case ID) at the top of the screen and click Search UCID.




After clicking Search UCID, the Docket Information and Youth Information will populate.



Click on the Case Node where it is highlighted blue and click on the small **+** sign to get to the case tree **OR** double click on the Case Node.






To view the Case Docket for the UCID, click on "Information Packet" at the bottom of the case tree list.




The "Case Docket" option should automatically be checked since it is the first option.

Click Submit.

Youth Docket Information will appear.




Note: The information in the blue box is the list of documents that have been **recorded** on the General Docket on the case.

(The **Page** section will populate the Year, Book and Page number if the document has been added to the county's EMB)

To close the case node you are looking at, click on the Case Node where it is highlighted blue, right click and select Close Node.




**OR** if you have multiple case nodes open, click on File at the very top left of your screen and select Close All.




